FILED
CLERK, U.S. DISTRICT COURT
9/15/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MRV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00759-AH |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Assault on Federal Officer] |
| JESSICA ISABEL RAMIREZ-VASQUEZ, | [CLASS A MISDEMEANORS] |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about August 23, 2025, in Los Angeles County, within the Central District of California, defendant JESSICA ISABEL RAMIREZ-VASQUEZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim R.L., an employee of the United States Federal Protective Service, while R.L. was engaged in, and on account of, the performance of R.L.'s official duties.

COUNT TWO

[18 U.S.C. § 111(a)(1)]

On or about August 23, 2025, in Los Angeles County, within the Central District of California, defendant JESSICA ISABEL RAMIREZ-VASQUEZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.R., an employee of the United States Federal Protective Service, while J.R. was engaged in, and on account of, the performance of J.R.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

YERVANT P. HAGOPIAN
Special Assistant United States Attorney
General Crimes Section