UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00759-AH                                    Date: 09/19/2025

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter N/A                                              Language N/A

| Isabel Verduzco | CS 09/19/2025 | Patrick Kibbe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present   Released on Bond     Attorneys for Defendants:   ✔ Present   DFPD

Jessica Isabel Ramirez-Vasquez                              Kathryn Rosenfeld

**Proceedings: Arraignment of**     ✔ **Assignment of Case**     **Appointment of Counsel**
**Defendant and/or**                    **Initial Appearance**

\* Defendant states true name is the name on the Information Class A.

\* Defendant is arraigned under name on the Information Class A.

\* Defendant acknowledges having read the Information Class A and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Information Class A.

\* This case is assigned to Judge Anne Hwang.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/04/2025 8:30 AM;

Status Conference: 10/08/2025 8:30 AM;

\* Judge Hwang is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA          PSAED          PSASA
      USMLA          USMED          USMSA
      Statistics Clerk               Interpreter
      CJA Supervising Attorney       Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00

Arraignment: 00 : 05

Initials of Deputy Clerk: IV by TRB