```
                    F I L E D
            CLERK, U.S. DISTRICT COURT
                  11/07/2025
          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____KM_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JESSICA ISABEL RAMIREZ-VASQUEZ,<br><br>　　　　　Defendant. | 2:25-cr-759(A)-AH<br><br>**FIRST<br>SUPERSEDING<br>INDICTMENT**<br><br>[18 U.S.C. § 111(a)(1): Assault on Federal Officer] |

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about August 23, 2025, in Los Angeles County, within the Central District of California, defendant JESSICA ISABEL RAMIREZ-VASQUEZ intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim R.L., an employee of the United States Federal Protective Service, and, in doing so, made

//

//

physical contact with R.L., while R.L. was engaged in, and on account of, the performance of R.L.'s official duties.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
First Assistant U.S. Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances D. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

BRENDA N. GALVÁN
Assistant United States Attorney
General Crimes Section

IRICEL E. PAYANO
Assistant United States Attorney
General Crimes Section