FILED
CLERK, U.S. DISTRICT COURT

APRIL 7, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ YS _____ DEPUTY

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
KATHRYN ROSENFELD (Bar No. 355931)
(E-Mail: Kathryn_Rosenfeld@fd.org)
ROSE EUGENIA STATMAN (Bar No. 340888)
(E-Mail: Rose_Statman@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JESSICA ISABEL RAMIREZ-VASQUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSICA ISABEL RAMIREZ-VASQUEZ, <br><br> Defendant. | Case No. 2:25-cr-00759-AH <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO FILE AN UNREDACTED VERSION OF THE DEFENSE'S SUPPLEMENT TO THE MOTION TO DISMISS FOR GOVERNMENTAL MISCONDUCT AND EXHIBIT N UNDER SEAL** <br> [145] |

Jessica Isabel Ramirez-Vasquez, by and through her attorneys of record, Deputy Federal Public Defenders Kathryn Rosenfeld and Rose Statman, hereby moves for an order that all portions of the Defense's Supplement to the Motion to Dismiss for Governmental Misconduct that refer to discovery produced pursuant to a protective order be filed under seal.

2

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 6, 2026         By  */s/ Kathryn Rosenfeld*
KATHRYN ROSENFELD
ROSE EUGENIA STATMAN
Deputy Federal Public Defender
Attorneys for JESSICA ISABEL RAMIREZ-
VASQUEZ

## I. LEGAL ARGUMENT

**A.     The Court May Seal Its Records To Protect A Party's Interests**

A court has supervisory powers over its records and files to seal documents under appropriate circumstances.  *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979).  Under Local Rule 79-5 of the District Court for the Central District, a party may request the court to seal a document filed with the court.

Although there is a strong presumption of public access to court records, a party desiring to seal a document filed with the court may overcome this presumption by presenting facts known to the court which demonstrate a likelihood of improper use of the material, such as for scandalous or libelous purposes or that its use will infringe upon fair trial or privacy rights.  *Valley Broadcasting Co. v. United States Dist. Ct.*, 798 F.2d 1289, 1294 (9th Cir. 1986); *see Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995).  A court is to balance the likelihood of improper use with the public's interest in understanding the judicial process to determine whether the presumption of access is overcome.  *Valley Broadcasting Co.*, 798 F.2d at 1294.  In making its decision, the court must consider all the relevant factors and "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture."  *Hagestad*, 49 F.3d at 1434.

**B.     Application**

Ms. Ramirez-Vasquez seeks to file, *under seal*, portions of her Supplement to the Motion to Dismiss for Governmental Misconduct and Exhibit N to that motion. The reason for this application is that portions of the Supplement and the attached Exhibit N refer to documents that were produced pursuant to a protective order. *See* ECF 105. Pursuant to the protective order, if a party needs to file confidential information with the court, that filing must be under seal.

4

## II. CONCLUSION

Ms. Ramirez-Vasquez requests that this Court grant her application to file *under seal* portions of her Supplement to the Motion to Dismiss for Governmental Misconduct and Exhibit N. Should the Court deny this application, Ms. Ramirez-Vasquez requests that the Court order the clerk to return the documents to counsel for Ms. Ramirez-Vasquez

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 6, 2026          By  */s/ Kathryn Rosenfeld*
                                       KATHRYN ROSENFELD
ROSE EUGENIA STATMAN
Deputy Federal Public Defender
Attorney for JESSICA ISABEL RAMIREZ-VASQUEZ

5

**DECLARATION OF COUNSEL**

I, Kathryn Rosenfeld, hereby state and declare as follows:

1.      I am a Deputy Federal Public Defender appointed to represent Jessica Ramirez-Vasquez in the above-captioned case.

2.      Portions of the Supplement to the Motion to Dismiss and Exhibit N refer to documents that were previously produced pursuant to a protective order. *See* ECF 105.

3.      I conferred with counsel for the government regarding this application to file under seal. Assistant United States Attorney Sara Vargas stated that the government does not oppose this application.

4.      The defense therefore asks this Court to permit the filing of an unredacted copy of the Supplement to the Motion to Dismiss and Exhibit M to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  April 6, 2026

/s/  Kathryn Rosenfeld

KATHRYN ROSENFELD
Deputy Federal Public Defender

6