TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
BARR BENYAMIN (Cal. Bar No. 318996)
LLOYD K. MASSON (Cal. Bar No. 270182)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-6772 / -0282
    Facsimile:    (213) 894-0141
    E-mail:    Barr.Benyamin@usdoj.gov
        Lloyd.Masson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA ISABEL RAMIREZ-VASQUEZ,<br><br>    Defendant. | No. 2:25-cr-00759-AH<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Barr Benyamin and Lloyd Masson, and defendant Jessica Isabel Ramirez-Vasquez ("defendant"), both individually and by and through her counsel of record, Deputy Federal Public Defenders Kathryn Rosenfeld and Rose Statman, hereby stipulate as follows:

1

The government agrees to dismiss the above-entitled case and all CVB violations with prejudice.

Defendant agrees to withdraw her motion to dismiss filed on March 1, 2026, and all related filings, including the supplemental briefing and reply.

The parties also request that the Court vacate all pending hearing dates and the trial date.

The government further requests that defendant's bond be exonerated.

IT IS SO STIPULATED.

Dated: April 13, 2026

TODD D. BLANCHE
Acting Attorney General


_____/s/_____
LLOYD K. MASSON
BARR BENYAMIN
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: April 13, 2026

_____/s/   (4/13/2026 e-mail authorization)_____
ROSE STATMAN
Deputy Federal Public Defender
Attorney for Defendant
JESSICA ISABEL RAMIREZ-VASQUEZ

2