UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JESSICA ISABEL RAMIREZ-VASQUEZ,<br><br>        Defendant. | No. 2:25-cr-00759-AH<br><br>**ORDER DISMISSING CASE WITH PREJUDICE AND EXONERATING BOND** [13] [173] [JS-3] |

IT IS HEREBY ORDERED that:

1.    The above-entitled case against defendant JESSICA ISABEL RAMIREZ-VASQUEZ is DISMISSED WITH PREJUDICE under Federal Rule of Criminal Procedure 48(a).  Defendant's bond shall be EXONERATED.

/ / /

/ / /

/ / /

2.      Defendant's pending motion to dismiss and all related filings, including the supplemental briefing and reply, are WITHDRAWN.

3.      All pending hearing dates and the trial date are VACATED.

IT IS SO ORDERED.


_APRIL 14, 2026_
DATE

Annuttwang

_____
THE HONORABLE ANNE HWANG
United States District Judge